# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 6:22-cv-00069-ADA |

### DEFENDANT RESIDEO TECHNOLOGIES, INC.'S
### STATUS REPORT REGARDING MOTION TO TRANSFER

Pursuant to the Court's Standing Order Governing Proceedings 4.1 – Patent Cases, Defendant Resideo Technologies, Inc. ("Resideo") hereby submits the following Status Report regarding Resideo's Motion to Transfer Venue.

Resideo filed its Motion to Transfer Venue on April 13, 2022. Plaintiff ("EcoFactor") served its Notice of Venue Discovery on April 28, 2022, stating that its response would be delayed pending venue discovery. EcoFactor filed its Opposition to Resideo's Motion to Transfer Venue on July 6, 2022. Resideo filed its Reply in support of its Motion to Transfer Venue on July 20, 2022.

At this time, Resideo respectfully submits that its Motion to Transfer Venue has been fully briefed and is ready for resolution.

Dated: July 27, 2022

Respectfully submitted,

By: */s/ S. Benjamin Pleune*
    S. Benjamin Pleune
    Stephen R. Lareau
    Lauren N. Griffin
    Matthew M. Turk
    **ALSTON & BIRD LLP**
    One South at The Plaza
    101 South Tryon Street, Suite 4000
    Charlotte, NC 28280
    Telephone:  704-444-1000
    ben.pleune@alston.com
    stephen.lareau@alston.com
    lauren.griffin@alston.com
    matthew.turk@alston.com

    Ted Stevenson
    Brady Cox
    **ALSTON & BIRD LLP**
    Chase Tower
    2200 Ross Avenue, Suite 2300
    Dallas, Texas 75201
    Telephone:  214-922-3400
    ted.stevenson@alston.com
    brady.cox@alston.com

    *Attorneys for Defendant*
    *Resideo Technologies, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 27, 2022.

                                                    */s/ S. Benjamin Pleune*
                                                     S. Benjamin Pleune