# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 6:22-cv-00069-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF JOINT STIPULATION REGARDING EXTENSION OF DEADLINES

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff EcoFactor, Inc. ("Plaintiff" or "EcoFactor") and Defendant Resideo Technologies, Inc. ("Resideo") (collectively, "Defendants") provide notice that the parties have agreed to change the deadlines set forth in the table below. Consistent with the Court's Amended Standing Order, the parties state that this request is agreed to between the parties, this request does not change the date of any hearing, trial, or other Court date, and this request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| Event | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery. | April 28, 2023 | May 5, 2023 |
| Opening Expert Reports. | May 5, 2023 | May 12, 2023 |
| Rebuttal Expert Reports | June 2, 2023 | June 7, 2023 |

Dated: April 28, 2023                                                                 Respectfully submitted,

LEGAL02/42884854v1

| | |
|---|---|
| */s/ Reza Mirzaie* | */s/ S. Benjamin Pleune* |
| Reza Mirzaie | S. Benjamin Pleune |
| Marc A. Fenster | Stephen R. Lareau |
| Kristopher Davis | Matthew M. Turk |
| James Pickens | **ALSTON & BIRD LLP** |
| Minna Chan | One South at The Plaza |
| Jason Wietholter | 101 South Tryon Street, Suite 4000 |
| **Russ August & Kabat** | Charlotte, NC 28280 |
| 12424 Wilshire Boulevard, 12th Floor | Telephone:  704-444-1000 |
| Los Angeles, CA 90025 | ben.pleune@alston.com |
| Telephone: (310) 826-7474 | stephen.lareau@alston.com |
| | matthew.turk@alston.com |
| Matthew D. Aichele | |
| **Russ August & Kabat** | Ted Stevenson |
| 800 Maine Ave SW, Suite 200 | Brady Cox |
| Washington, DC. 20024 | **ALSTON & BIRD LLP** |
| Telephone: (202) 664-0623 | Chase Tower |
| | 2200 Ross Avenue, Suite 2300 |
| ***Counsel for Plaintiff EcoFactor, Inc.*** | Dallas, Texas 75201 |
| | Telephone:  214-922-3400 |
| | ted.stevenson@alston.com |
| | brady.cox@alston.com |
| | |
| | ***Attorneys for Defendant*** |
| | ***Resideo Technologies Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 28, 2023, with a copy of this document via the Court's CM/ECF.

/s/ Reza Mirzaie
Reza Mirzaie